IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KATHLEEN C. QUINN                                                              PLAINTIFF

v.                                  No. 3:19-cv-295-DPM

STATE FARM FIRE & CASUALTY
COMPANY                                                                        DEFENDANT

## JUDGMENT

Quinn's second amended complaint is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 August 2021